UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

ANTHONY MITCHELL,

    Defendant.
_____/

No. CR 13-300 PJH

**ORDER DENYING SECOND MOTION FOR SUBSTITUTION OF COUNSEL**

On August 15, 2014, this matter came on for hearing on defendant's second motion for substitution of counsel, the first motion having been granted on January 22, 2014, and this one pertaining to substitute counsel. The court conducted an in camera colloquy with defendant and defense counsel about the basis for defendant's request to terminate representation and seek new counsel. For the reasons set forth in the sealed portion of the record, and summarized here, the court determines that defendant has not raised any concerns about breakdown in communication with counsel, breach of confidence, conflict of interest, or any other basis for finding an irreconcilable conflict. Rather, defendant raises only disputes over trial preparation strategy and concerns about the completeness of the record provided by the government in discovery. A dispute regarding trial tactics is not a sufficient conflict to warrant substitution of counsel. *United States v. McKenna*, 327 F.3d 830, 844 (9th Cir. 2003).

Furthermore, defendant brought this motion for substitution of counsel on the last business day before trial, after the court has already held two pretrial conferences. At this late date, defendant's motion for substitution of counsel is untimely and would cause extensive delay and waste of judicial resources. Having inquired into the basis of defendant's motion, the court determines that the relief he seeks is not new counsel, but a

continuance of the trial for the reasons he articulated on the record.  The court is satisfied, however, that defense counsel is more than competent and is prepared to go to trial, that defense counsel has received the available discovery from the government, and that defendant's medical condition can be accommodated.  Therefore, defendant's motion for substitution of counsel is DENIED.

**IT IS SO ORDERED.**

Dated:  August 15, 2014

_____
PHYLLIS J. HAMILTON
United States District Judge