```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       Brigid.Martin@usdoj.gov

8  Attorneys for United States of America
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-000300 PJH |
| Plaintiff, | NOTICE OF DISMISSAL AND ORDER |
| v. | |
| ANTHONY EARL MITCHELL, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses without prejudice the Superseding Indictment returned against the defendant in the above-captioned matter.

DATED: September 10, 2014                    Respectfully submitted,

                                             MELINDA HAAG
                                             United States Attorney

                                             _____
                                             J. DOUGLAS WILSON
                                             Chief, Criminal Division

NOTICE OF DISMISSAL
CR 13-00300 PJH

## [~~PROPOSED~~] ORDER

Based upon the motion of the United States, IT IS HEREBY ORDERED that leave is granted to the United States to dismiss without prejudice the above-captioned Superseding Indictment.

Date: 9/10/14



HON. PHYLLIS J. HAMILTON
United States

NOTICE OF DISMISSAL AND
[PROPOSED] ORDER
CR 13-00300 PJH

2